## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

WILLIE TURNER,                :

     Plaintiff,            :

vs.                      :        CA 15-0440-C

ALABAMA & GULF COAST   :
RAILWAY LLC,            :

     Defendant.        :

## ORDER

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Defendant Alabama & Gulf Coast Railway, LLC's, ("AGCR") Motion for Summary Judgment, (Doc. 48), is **GRANTED** and Plaintiff Willie Turner's claims against Defendant AGCR are **DISMISSED WITH PREJUDICE**, and Plaintiff Turner's Motion and Incorporated Memorandum to Strike Exhibits Submitted in Support of Defendant's Motion for Summary Judgment, (Doc. 53), is **DENIED**.

     **DONE** this the 22nd day of December 2017.

                     s/WILLIAM E. CASSADY
                     **UNITED STATES MAGISTRATE JUDGE**